**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

|  |  |
|---|---|
| In re ) | Chapter 13 |
| ) | |
| JOSE L VEGA and ) | Case No. 2-09-bk-25269 |
| SINDIA VEGA, ) | |
| Debtor(s) ) | |
| ) | |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for Orion (UNIVERSITY MEDICAL CENTER), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Orion
> c/o Recovery Management Systems Corp.
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Attn: Ramesh Singh
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
August 29, 2009

                                    By: /s/ Ramesh Singh

                                    Ramesh Singh
                                    c/o Recovery Management Systems Corp.
                                    Financial Controller
                                    25 SE 2nd Avenue, Suite 1120
                                    Miami, FL 33131-1605
                                    (305) 379-7674

Assignee Creditor: UNIVERSITY MEDICAL CENTER